Jonathan Schwalb, Esq.
Friedman Vartolo LLP
85 Broad Street, Suite 501
New York, New York 10004
Attorneys for SN Servicing Corporation as servicer for
U.S. Bank Trust National Association, as Trustee of the
Lodge Series III Trust
P: (212) 471-5100
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------X
:
:   CASE NO.: 20-13595-JNP
IN RE:                                                               :
:   CHAPTER: 13
Maureen M Falls,                                                  :
:   HON. JUDGE.:
Debtor.                                                              :   Jerrold N. Poslusny Jr.
:
:   HEARING DATE:
:   **July 7, 2021 at 10:00am**
:
:
------------------------------------------------------------------X

## NOTICE OF OBJECTION TO CONFIRMATION OF MODIFIED PLAN

**PLEASE TAKE NOTICE** that SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust ("Secured Creditor"), the holder of a mortgage on real property of the debtor(s), located at 351 Chapel Heights Road, Sewell, NJ 08080, by and through its undersigned attorneys, hereby objects to the confirmation of the Modified Chapter 13 Plan on grounds including:

1. Debtor's modified plan seeks to refinance the mortgage held by Secured Creditor. Seeking refinancing within four years is highly speculative and calls for the Debtor's to be able to acquire new debt, through refinancing. Additionally, the plan completion relies upon refinancing the residential mortgage held by Secured Creditor and a balloon

payment made from the refinancing of said mortgage. As Debtor's plan is fully dependent on the approval of refinancing the mortgage held by Secured Creditor and their ability to obtain the new debt. As such a plan is completely speculative, confirmation must be denied.

2. Debtor's modified plan further fails to provide for payments to Secured Creditor pending this wholly unreasonable proposal to refinance by the final month of the plan. Secured Creditor filed a total debt claim, as evidenced by the filed Proof of Claim filed on April 29, 2020 (claim 2-1). Debtor must further amend the Plan to provide for the appropriate claim amount and interest rate to be paid over the term of the Plan.
3. Debtor(s) seeks to modify the rights of Secured Creditor, which is the holder of a claim secured only by a security interest in real property that is the principal residence of the debtor(s).
4. Debtor's modified plan is insufficient and does not satisfy the confirmation requirements of 11 U.S.C. 1325(a)(1) and (a)(5); therefore, the Court should deny confirmation.
5. Debtor(s) proposed modified plan fails to comply with the requirements of the Bankruptcy Code and is not proposed in good faith.
6. Debtor(s) proposed modified plan does not provide that Secured Creditor retain its lien.
7. Debtor(s) proposed modified plan is not feasible.
8. Debtor(s) proposed modified plan fails to comply with other applicable provisions of Title 11.

In the event any portion of the claim is deemed to be an unsecured claim as defined by the Code, objection is hereby made pursuant to 11 U.S.C. 1325(a)(4) and 1325(b), et seq. unless the plan provides for full payment of the claim.

Dated: New York, NY
      June 4, 2021

By: /s/ Jonathan Schwalb
Jonathan Schwalb, Esq.
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust

85 Broad Street, Suite 501
New York, New York 10004
T: (212) 471-5100
F: (212) 471-5150

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Jonathan Schwalb, Esq.<br>Friedman Vartolo LLP<br>85 Broad Street, Suite 501<br>New York, New York 10004<br>P: (212) 471-5100<br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of the Lodge Series III Trust | Case No.: 20-13595-JNP<br><br>Chapter: 13 |
| In Re:<br>Maureen M Falls | Adv. No.:<br><br>Hearing Date:<br><br>Hon. Judge: Jerrold N. Poslusny Jr. |

## CERTIFICATION OF SERVICE

1. I, Katie Crotteau :

   ☐ represent _____ in the this matter.

   ☒ am the secretary/paralegal for Jonathan Schwalb, Esq., who represents SN Servicing Corporation in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On June 4, 2021, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
   Objection to Confirmation of Modified Plan

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: June 4, 2021                    /s/Katie Crotteau
                                       Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Maureen M Falls<br>351 Chapel Heights Road<br>Sewell, NJ 08080 | Debtor(s) | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Debtor(s) Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |